# In The United States Court of Federal Claims

No. 13-508C

(Filed: July 26, 2013)

_____

LYON SHIPYARD, INC.,
a Virginia Corporation

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Monday, July 29, 2013, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge