# In The United States Court of Federal Claims

No. 13-508C

(Filed: July 29, 2013)

_____

LYON SHIPYARD, INC.,
a Virginia Corporation

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case.  Participating in the conference were Michael John Gardner, for plaintiff, and John Bryan Warnock, for defendant.  As discussed during the status conference, the court hereby adopts the following schedule:

1. On or before July 31, 2013, defendant shall file, on CD-ROM, excerpts from the administrative record that are pertinent to plaintiff's motion for preliminary injunction, and shall effectuate service to all parties;

2. On or before August 2, 2013, at 12:00 p.m. (EDT), defendant shall file its response to plaintiff's motion for preliminary injunction;

3. On or before August 5, 2013, plaintiff shall file its reply in support of its motion for preliminary injunction;

4. Oral argument on plaintiff's motion for preliminary injunction will be held on August 7, 2013, at 10:00 a.m. (EDT), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument; and

5.       Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge