# In The United States Court of Federal Claims

No. 13-508C

(Filed: July 30, 2013)

_____

LYON SHIPYARD, INC.,
a Virginia Corporation,

              Plaintiff,

   v.

THE UNITED STATES,

             Defendant.

_____

**ORDER**

_____

    Today, Davis Boat Works, Inc. (DBW), an awardee of the contract at issue in this case, filed a motion to intervene.  The motion is hereby **GRANTED**.  All briefing deadlines applicable to defendant shall apply likewise to defendant-intervenor DBW.

    **IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge